Sam Saffier, Appellant, v. "Yon" Motchkol, First Name Fictitious, Real Name Unknown, Plaintiff, Respondent.— Order resettled by striking out the provision for final judgment and inserting in lieu thereof a direction that the cause be remitted to the Municipal Court, there to be proceeded with in accordance with the opinion of this court, handed down at the October Term, 1901 (64

App. Div. 615). We think it preferable that this course should be pursued rather than that a positive order for judgment should be made in this court.

The People of the State of New York ex rel. Nathan P. Bushnell v. David Anderson, as Sole Trustee, etc.—Motion denied.